**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of Kentucky

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

[ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Kenneth<br>First name<br>R.<br>Middle name<br>Hughes<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | Lisa<br>First name<br>K.<br>Middle name<br>Buemi<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 1 2 6<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 2 0 5 8<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 1

Debtor 1     Kenneth R. Hughes & Lisa K. Buemi             Case number (*if known*)_____
       First Name    Middle Name    Last Name

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN |
| **5. Where you live** | 4524 Virginia Avenue<br>Number     Street<br><br>_____<br><br>Latonia           KY    41015<br>City                 State     ZIP Code<br><br>Kenton County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                 State     ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City                 State     ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                 State     ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Debtor 1    Kenneth R. Hughes & Lisa K. Buemi        Case number *(if known)*_____
      *First Name    Middle Name    Last Name*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [ ] **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [✓] **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [ ] No
- [✓] Yes.   District __EDKY_____   When __05/10/2017__   Case number __17-20652__

       District _____ When _____ Case number _____

       District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [✓] No
- [ ] Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

- [✓] No. Go to line 12.
- [ ] Yes. Has your landlord obtained an eviction judgment against you?

       - [ ] No. Go to line 12.
       - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   Kenneth R. Hughes & Lisa K. Buemi _____   Case number (*if known*)_____
   First Name    Middle Name    Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____  _____  _____
City                                         State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.
☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

| Debtor 1 | Kenneth R. Hughes & Lisa K. Buemi | | Case number (*if known*)_____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Kenneth R. Hughes & Lisa K. Buemi                                              Case number (*if known*)_____
         *First Name*   *Middle Name*   *Last Name*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

   **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] No. Go to line 16b.
- [x] Yes. Go to line 17.

   **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- [ ] No. Go to line 16c.
- [ ] Yes. Go to line 17.

   16c. State the type of debts you owe that are not consumer debts or business debts.
   _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- [ ] No. I am not filing under Chapter 7. Go to line 18.
- [x] Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - [x] No
  - [ ] Yes

**18. How many creditors do you estimate that you owe?**
- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**19. How much do you estimate your assets to be worth?**
- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**20. How much do you estimate your liabilities to be?**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [x] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

   ✗ /s/ Kenneth R. Hughes                              ✗ /s/ Lisa K. Buemi
   Signature of Debtor 1                                      Signature of Debtor 2

   Executed on 06/07/2021                           Executed on 06/07/2021
             MM / DD / YYYY                                 MM / DD / YYYY

Debtor 1   Kenneth R. Hughes & Lisa K. Buemi
          First Name   Middle Name   Last Name

Case number (*if known*)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ /s/ Danielle Lawrence          Date  06/07/2021
Signature of Attorney for Debtor        MM / DD / YYYY

Danielle Lawrence
Printed name

Lawrence & Associates, LLC
Firm name

2500 Chamber Center Dr.
Number   Street

Suite 300

Fort Mitchell                KY         41017
City                         State      ZIP Code

Contact phone 859-371-5997   Email address danielle@lawrencelaws.com

96530                        KY
Bar number                   State

---

ADC
173300 Preston Rd.
Dallas, TX 75252-6106

Aes/Pnc

Alltran Financial
PO Box 610
Sauk Rapids, MN 56379

Atlas Acquistions LLC
294 Union Street
Hackensack, NJ 07601

Attorney General of Kentucky
Hon. Andy Beshear
1024 Capital Center Drive
Frankfort, KY 40601

Barclays Bank Deleware
125 S. West Street
Wilmington, DE 19801-5014

BP Cardmember Services
PO Box 94014
Palatine, IL 60094

Bridgecrest
7300 E Hampton Ave
Mesa, AZ 85209

Caliber Home Loans
PO Box 619063
Dallas, TX 75261-9063

Caliber Home Loans
13801 Wireless Way
Oklahoma City, OK 73134

CAP REIB
343 Pike Street
Covington, KY 41011

Capital One Auto Finan
Po Box 259407
Plano, TX 75025

Capital One, N.A.
C/O Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Chase
201 N Walnut Street
Wilmington, DE 19801

Choice Recovery
1105 Schrock Rd Ste 700
Columbus, OH 43229

Citi
PO Box 6003
Hagerstown, MD 21747

CMI
4200 International Parkway
Carrollton, TX 75007

CNAC
12802 Hamilton Crossing Blvd.
Carmel, IN 46032

Comenity Bank
PO Box 182125
Columbus, OH 43218-2125

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

Continental Finance Company
PO Box 8099
Newark, DE 19714

Credit Card/Fb&T
2220 6th St
Brookings, SD 57006

Credit Collection Serv
725 Canton St
Norwood, MA 02062

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Direct Merchants
PO Box 105278
Atlanta, GA 30348

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Diversified Adjustment Service Inc.
600 Coon Rapids Blvd.
Minneapolis, MN 55433

Duke Energy
644 Linn Street
Cincinnati, OH 45203

Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616-0759

Eaglefin
7791 Dixie Hwy Ste B
Florence, KY 41042

Early Learning Montessori
419 Altamont Rd
Covington, KY 41011

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

Evine Live
6740 Shady Oak Road
Eden Prairie, MN 55344

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Fingerhut Direct Marketing
6250 Ridgewood Road
Saint Cloud, MN 56303

GEMB/JCP
PO Box 981402
El Paso, TX 79998-1402

GEMB/Lowes
PO Box 981400
El Paso, TX 79998

GLHEC & AFF OBO GLHEGC
PO Box 8961
Madison, WI 53708

Great Lakes Higher ED
PO Box 7860
Madison, WI 53707

Huntington Bank
2361 Morse Rd.
Columbus, OH 43229

IRS
PO Box 21126
Philadelphia, PA 19114

Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302

Kenton Circuit/District Court
Small Claims Court
230 Madison Ave.
Covington, KY 41011

Kentucky Dept of Revenue
501 High St.
Frankfort, KY 40620

Kohls/Capone
N56 Ridgewood Dr
Menomonee Fal, WI 53051

Laura Oldfield, Esq.
6601 Dixie Hwy
Florence, KY 41042

Lvnv Funding Llc
Po Box 1269
Greenville, SC 29602

Macys/Dsnb
Po Box 8218
Mason, OH 45040

Merchants Credit Guide
209 South Lasalle St, St
Chicago, IL 60604

Midland Funding
320 E Big Beaver Rd Ste
Troy, MI 48083

Oliphant Financial
9009 Town Center Parkway
Bradenton, FL 34202

Paypal Buyer Credit
PO Box 960080
Orlando, FL 32896

Portfolio Recov Assoc
150 Corporate Blvd
Norfolk, VA 23502

Quantum3 Group
PO Box 788
Kirkland, WA 98083

Riverhills Healthcare
PO Box 701703
Cincinnati, OH 45270

Security Credit Services, LLC
PO Box 1156
Oxford, MS 38655

Sims Furniture
7791 Dixie Hwy
Florence, KY 41042

Sprint
PO Box 7086
London, KY 40742

St. Elizabeth Healthcare
PO Box 630856
Cincinnati, OH 45263

St. Elizabeth Physicians
PO Box 630839
Cincinnati, OH 45263

SYNCB/Lowes
PO Box 965036
Orlando, FL 32896

The Affiliated Group
PO Box 7739
Rochester, MN 55903

The Home Depot
PO Box 182676
Jeffersonville, OH 43128

Thomas & Thomas Attorney at Law
2323 Park Ave.
Cincinnati, OH 45206

Time Warner Cable
3290 Westboune Drive
Cincinnati, OH 45248

Toyota Motor Credit
Po Box 9786
Cedar Rapids, IA 52409

Trihealth
PO BOX 630892
Cincinnati, OH 45263

US Attorney - Kentucky
250 West Vine Street
Lexington, KY 40507

US Dept. of Education
PO Box 69184
Harrisburg, PA 17106

Verizon Wireless
777 Big Timber Road
Elgin, IL 60123

WAMU
PO Box 660487
Dallas, TX 75266

United States Bankruptcy Court

Eastern District of Kentucky

In re: Kenneth R. Hughes & Lisa K. Buemi       Case No.

Chapter  7

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  06/07/2021                    /s/ Kenneth R. Hughes
                                     Signature of Debtor

                                     /s/ Lisa K. Buemi
                                     Signature of Joint Debtor