**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

| | |
|---|---|
| **KENNETH R. HUGHES** | **CASE NO. 21-20477** |
| **LISA K. BUEMI** | **Chapter 7** |
| **DEBTOR(S)** | |

**ORDER GRANTING RETENTION**
**OF PERSONAL PROPERTY AS PROPERTY**
**OF THE BANKRUPTCY ESTATE**

This matter having come before the Court on the Trustee's Motion for an Order Retaining Property as Property of the Bankruptcy Estate, and continuing the Automatic Stay, after Notice and Opportunity to Object, with none having been made, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the 2014 Ford F-150, VIN# 1FTFX1CF1EKD57114, shall remain property of the Bankruptcy Estate and subject to administration by the Trustee as may be Ordered, with full protection of the automatic stay, unless and until further Order of this Court.

**Pursuant to Local Rule 9022-1(c), L. Craig Kendrick shall cause a copy of this Order to be serviced on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court of a certificate of service of the Order upon such parties within ten (10) days hereof.**
Copies to:

United States Trustee's Office
Ustpregion08.lx.ecf@usdoj.gov

Danielle L. Lawrence, Esq.
DANIELLE@LAWRENCELAWS.COM

Drivetime Carsales Co., LLC DBA;
Drivetime Fairfield
5910 Dixie Hwy
Fairfield, OH 45014-4208

Kenneth R. Hughes
Lisa K. Buemi
4524 Virginia Ave.
Latonia, KY 41015

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, September 13, 2021
(tnw)