**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 21-20477 |
| | : | |
| Kenneth R. Hughes | : | Chapter 7 |
| Lisa K. Buemi | : | |
| Debtors | : | Judge Wise |
| | : | |
| | : | **NOTICE OF AMENDED** |
| | : | **STATEMENT OF INTENTION** |
| | : | |

Come now the Debtors and files this Amended Statement of Intention.

.

                                                  Respectfully submitted,

                                                  **/s/ Danielle L. Lawrence (KY-96530)**
Danielle L. Lawrence (KY-96530)
LAWRENCE & ASSOCIATES
2500 Chamber Centre Drive, Suite 300
Ft. Mitchell, KY 41017
Ph: (859) 371-5997
Fax: (859) 371-5991
danielle@lawrencelaws.com

Case 21-20477-tnw    Doc 49    Filed 11/19/21    Entered 11/19/21 13:33:25    Desc Main
Document      Page 2 of 5


## Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information, and belief.

Date 11/19/2021      Signatures      **/s/Kenneth R. Hughes**
Kenneth R. Hughes, Debtor
**/s/ Lisa K. Buemi**
Lisa K. Buemi, Joint Debtor

*Penalty for making a false statement of concealing property: Fine up to $500,000 or imprisonment for up to 5 years or both.*
18 U.S.C. §§152 and 3571

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been duly served upon the parties as listed below, in accordance with applicable Bankruptcy and Local Rules of Procedure by U.S. mail or electronic service, if so permitted as to such party, this November 19, 2021.

Respectfully submitted,

**/s/ Danielle L. Lawrence (KY-96530)**
Danielle L. Lawrence (KY-96530)

Beverly Burden
Chapter 13 Trustee
(via ECF)

U.S. Trustee
(via ECF)

Debtors
Kenneth Hughes and Lisa Buemi
4524 Virginia Avenue
Covington, KY 41015

All creditors on the attached Mailing List Matrix

**Fill in this information to identify your case:**

Debtor 1: Kenneth R. Hughes
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): Lisa K. Buemi
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number (if known): 21-20477

☑ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1: List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Capital One Auto Finan<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: Toyota Motor Credit<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: Consumer Portfolio Svc<br>Description of property securing debt: 2017 Kia Soul | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

Case 21-20477-tnw   Doc 49   Filed 11/19/21   Entered 11/19/21 13:33:25   Desc Main
Debtor   Kenneth R. Hughes & Lisa K. Buemi      Document      Page 4 of 5      Case number *(if known)* 21-20477

AMENDED

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Sims Furniture<br>Description of property securing debt: Stove | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: Berkfield Finance<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: Consumer Portfolio<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: Bridgecrest<br>Description of property securing debt: 2014 Ford 150 | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

**Part 2:  List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases   Will the lease be assumed?**

**Part 3:  Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ /s/ Kenneth R. Hughes
   Signature of Debtor 1

Date 11/17/2021
     MM/DD/YYYY

✗ /s/ Lisa K. Buemi
   Signature of Debtor 2

Date 11/17/2021
     MM/DD/YYYY

Aaron's Rentals
3155 Dixie Hwy
Ste C
Erlanger, KY 41018

American Profit Recovery
34505 W 12 Mile Rd Ste 3
Farmington Hills, MI 48331

Capital One
PO Box 30281
Salt Lake City, UT 84130

CNAC
C/O James T. Hart
Suite 800
Cincinnati, AK

Cnac/In101
12802 Hamilton Crossing
Carmel, IN 46032

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

Credit Collection Services
725 Canton St
Norwood, MA 02062

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Eagle Finance
7791 Dixie Hwy, Suite B
Florence, KY 41042

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

IRS
PO Box 21126
Philadelphia, PA 19114

James T. Hart, Esq.
525 Vine Street
Suite 800
Cincinnati, OH 45202

Lvnv Funding Llc
Po Box 1269
Greenville, SC 29602

Montgomery Ward
1112 7th Ave
Monroe, WI 53566

Northern Kentucky Water District
PO Box 18640
Erlanger, KY 41018-0640

Portfolio Recovery Assoc.
150 Corporate Blvd
Norfolk, VA 23502

PPH Mortgage
PO Box 5452
Mount Laurel, NJ 08054-5452

Recmgmt Srvc
240 Emery Street
Bethlehem, PA 18015

Sanitation District No. 1
1045 Eaton Drive
Ft Mitchell, KY 41017