# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:

| | |
|---|---|
| **KENNETH R. HUGHES** | **CASE NO. 21-20477** |
| **LISA K. BUEMI** | **Chapter 7** |
| **DEBTOR(S)** | |

## ORDER APPROVING JOINT MOTION TO APPROVE COMPROMISE

This matter is before the Court on the joint motion of the Trustee, L. Craig Kendrick, and Drivetime Carsales Company, LLC, by and through counsel, Jon J. Lieberman to approve a compromised claim.

The parties to the motion being in agreement and the Court being in always sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

The Joint Motion to Approve Compromise is SUSTAINED.

The terms of the settlement as set forth in the Joint Motion to Approve Compromise are deemed incorporated herein;

The provisions of the Joint Motion to Approve Compromise shall constitute a full and complete settlement of all claims by the parties; and

The provisions of the Joint Motion to Approve Compromise shall be binding on all successors and assigns of the parties.

This is a final and appealable order.

United States Trustee's Office
Ustpregion08.lx.ecf@usdoj.gov

Danielle L. Lawrence, Esq.
DANIELLE@LAWRENCELAWS.COM

Kenneth R. Hughes
Lisa K. Buemi
4524 Virginia Ave.
Latonia, KY 41015

All Creditors on the Mailing Matrix

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, November 22, 2021**
(grs)